**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELVIN JAMES, | Case No.: 2:25-cv-02271-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 9] |
| OFFICER OF THE FEDERAL PUBLIC DEFENDER and AMELIA L. BIZZARO, | |
| Defendants | |

On December 29, 2025, Magistrate Judge Weksler recommended that I dismiss with prejudice plaintiff Kelvin James' complaint because James cannot pursue his claims of ineffective assistance of counsel under 42 U.S.C. § 1983, nor can he pursue a habeas petition in this case because the "ineffectiveness or incompetence of counsel during federal or state collateral post-conviction proceedings is not a basis for relief in a proceeding arising under [28 U.S.C. § ] 2254." ECF No. 9 at 2.  James did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 9) is accepted, and plaintiff Kelvin James' complaint (ECF No. 10) is dismissed with prejudice.  The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 16th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE